IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE WATERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 316-076 |
| | ) |
| GEORGIA DEPARTMENT OF | ) |
| CORRECTIONS; WESLEY O'NEAL, | ) |
| Correctional Unit Manager; FNU POSS, | ) |
| Correctional Officer; FNU SCOTT, | ) |
| Correctional Officer; FNU TAYLOR, | ) |
| Correctional Officer; FNU LORDGE, | ) |
| Correctional Officer; and JAMES MASON, | ) |
| Correctional Officer, | ) |
| | ) |
| Defendants. | ) |

_____

**O R D E R**
_____

*Pro se* Plaintiff commenced the above-captioned case pursuant to 42 U.S.C. § 1983. On March 17, 2017, this Court found Plaintiff had arguably stated Eight Amendment deliberate indifference, ADA, and Rehabilitation Act claims, and ordered service of process. (Doc. no. 16.) The Court also simultaneously issued a Report and Recommendation ("R&R") recommending dismissal of several defendants and claims, providing Plaintiff until April 3, 2017 to object to the R&R. (Doc. nos. 14, 15.) On March 23, 2017, Plaintiff filed a notice with the court indicating he was transferred to Baldwin State Prison on March 16, 2017. (Doc. no. 17.) Because it appears Plaintiff may not have received the Order or R&R because of his address change, the Court **DIRECTS** the **CLERK** to re-serve copies of the

Court's March 17th Orders and R&R.  (Doc. nos. 14-16.)  Plaintiff shall have until the close of business on **April 20, 2017**, in which to file objections to the R&R.

SO ORDERED this 30th day of March, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA