ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 MAY -1 P 2: 51
CLERK M. Akins
S.D. DIST. OF GA.

| | |
|---|---|
| WILLIE WATERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 316-076 |
| ) | |
| GEORGIA DEPARTMENT OF ) | |
| CORRECTIONS; WESLEY O'NEAL, ) | |
| Correctional Unit Manager; FNU POSS, ) | |
| Correctional Officer; FNU SCOTT, ) | |
| Correctional Officer; FNU TAYLOR, ) | |
| Correctional Officer; FNU LORDGE, ) | |
| Correctional Officer; and JAMES MASON, ) | |
| Correctional Officer, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's Eighth Amendment claims against Defendant GDOC, negligence claims for failure to protect and for negligent medical care against all Defendants, and ADA and Rehabilitation Act claims against Officers O'Neal, Poss, Scott, Taylor,

Lordge, and Mason.

SO ORDERED this 1st day of May, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2