IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIE WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-076 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS; WESLEY O'NEAL, Correctional Unit Manager, FNU POSS, Correctional Officer; FNU SCOTT, Correctional Officer; FNU TAYLOR, Correctional Officer; ELLIS LORGE, Correctional Officer; and JAMES MASON, Correctional Officer, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motions for a temporary restraining order and to seize Defendants' person or property pursuant to Federal Rule of Civil Procedure 64. (Doc. nos. 9-1, 9-2, 13).

SO ORDERED this 9th day of August, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE