IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

WILLIE WATERS,                  *
                                *
    Plaintiff,                  *
                                *
v.                              *     CV 316-076
                                *
GEORGIA DEPARTMENT OF           *
CORRECTIONS, *et al.*,          *
                                *
    Defendants.                 *

ORDER

On January 28, 2019, Plaintiff and Defendants filed a "Joint Stipulation of Dismissal With Prejudice," indicating that the parties have reached a settlement. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2019.

UNITED STATES DISTRICT JUDGE